```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 7/21/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES R. PARISI,

                Plaintiff,           15 CV 3805

    - against -                   ORDER

WIPRO LIMITED ET AL.,

                Defendants.

---

**JOHN G. KOELTL**, District Judge:

    The plaintiff has withdrawn his fourth cause of action, which the plaintiff represents is the only the federal claim raised in the Complaint. The parties therefore agree that this case should be remanded to the New York State Supreme Court, New York County. See 28 U.S.C. 1367(c)(3).

    Accordingly, this action is remanded to the New York State Supreme Court, New York County. **The Clerk is directed to remand the case and to close the case on the docket of this Court.**
SO ORDERED.

Dated:    New York, New York
            July 21, 2015

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge